JS-6

# The United States District Court
# Central District of California

| | |
|---|---|
| Treadstone Services, PC dba Redefine Medical Services, a California professional corporation<br><br>    Plaintiff,<br><br>    vs.<br><br>ANTHEM BLUE CROSS LIFE AND HEALTH INSURANCE COMPANY, a California corporation, and DOES 1-20, inclusive,, and DOES 1-20, inclusive,, and DOES 1-20, inclusive,<br><br>    Defendant. | Case No.: 8:23-CV-02057-JWH-DFM<br><br>Order Granting Stipulation to Remand Case to State Court<br><br>Case Removed: November 15, 2023 |

Before this Court is the Stipulation of Plaintiff Treadstone Services PC dba Redefine Medical Services ("Plaintiff") and Defendants Anthem Blue Cross Life and Health Insurance Company ("Anthem") (parties collectively referred to as the "Parties") to remand this case to Orange County Superior Court.  Having reviewed the Stipulation, and good cause shown, the Court hereby ORDERS as follows:

1. The stipulation is **GRANTED**.
2. The hearing on Plaintiff's Motion to Remand Case [ECF No. 18], currently set for April 26, 2024, is **VACATED**.
3. Anthem's pending Motion to Dismiss [ECF No. 16] is **DENIED without prejudice**.
4. The Clerk is **DIRECTED** to **REMAND** this case to Orange County Superior Court, Case No. 30-01332578-CU-BC-CJC.

**IT IS ORDERED.**

Date: March 4, 2024

Hon. John W. Holcomb
UNITED STATES DISTRICT JUDGE

Choose a Date